GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUN -2  PM 5: 44

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01250 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Emmanuel Quintero Castro, (Counts 1, 4, 5, 6, 7, 8, 9) | 18 U.S.C. § 554(a) (Smuggling Goods from the United States) Counts 1, 2, 4, 5, 6, 7, 8, 9 |
| 2. Jorge Alexis Hernandez Martinez, (Counts 1, 9) | |
| 3. Javier Joen Rodriguez Leon, (Counts 1, 3, 4, 5, 6, 7, 8, 9) | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearm) Count 3 |
| 4. Francisco Fabian Alamillo Ochoa, (Counts 1, 7) | |
| 5. Marlen Andre Hernandez Flores, (Counts 1, 7, 9) | 18 U.S.C. § 2(a) (Aiding and Abetting the Commission of an Offense) Count 3 |
| 6. Bianneth Elvira Vasquez Robles, (Counts 1, 3, 4, 6) | |
| 7. Anthony Valencia, (Counts 1, 8) | 18 U.S.C. §§ 924(d) 28 U.S.C. § 2461(c) (Forfeiture Allegation) |
| 8. Mayra Guadalupe Gutierrez, (Counts 1, 2) | |
| 9. Jose Alfredo Mariles Garcia, (Counts 1, 7) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about May 2019 through on or about June 2020, within the District of Arizona, Defendants EMMANUEL QUINTERO CASTRO, JORGE ALEXIS HERNANDEZ MARTINEZ, JAVIER JOEN RODRIGUEZ LEON, FRANCISCO FABIAN ALAMILLO OCHOA, MARLEN ANDRE HERNANDEZ FLORES, BIANNETH ELVIRA VASQUEZ ROBLES, ANTHONY VALENCIA, MAYRA GUADALUPE GUTIERREZ, and JOSE ALFREDO MARILES GARCIA did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms and ammunition from the United States into the Republic of Mexico. The firearms and ammunition smuggled or intended to be smuggled in the course of this conspiracy includes:

- One Glock 21 .45 Auto caliber pistol
- 57,000 rounds of 7.62x39mm caliber ammunition
- 32,875 rounds of .223 caliber ammunition
- 3,000 rounds of .380 caliber ammunition
- 3,600 rounds of .308 caliber ammunition
- 15,800 rounds of 9mm caliber ammunition
- 4,000 rounds of 5.56 caliber ammunition
- 2,000 rounds of 5.7x28mm caliber ammunition
- 2,000 rounds of .38 Super caliber ammunition
- 8,000 rounds of .45 caliber ammunition

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase bulk quantities of ammunition utilizing the internet, to be delivered to residences within the District of Arizona, and with the knowledge and intention that the ammunition ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that these defendants and/or their co-conspirators would use fictitious names on the ammunition orders.

It was a further part of the conspiracy that other defendants and/or their co-conspirators would receive the deliveries of bulk ammunition and store the ammunition in their residences in the District of Arizona.

It was a further part of the conspiracy that these defendants and/or their co-conspirators would provide this ammunition to other defendants and/or their co-conspirators with the knowledge that the ammunition was intended to ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that these defendants and/or their co-conspirators would transport the ammunition from the United States into the Republic of Mexico.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would provide directions and/or payment to the other defendants and/or co-conspirators for receiving, storing, transferring, and transporting the ammunition.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would purchase firearms and/or firearm parts kits with the knowledge that the firearms and firearm parts were intended to ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that these defendants and/or their co-conspirators would provide these firearms and firearm parts to other defendants and/or their

co-conspirators, who would transport the firearms and firearm parts from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms and ammunition from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about May 2019 and June 2019, MAYRA GUADALUPE GUTIERREZ ("GUTIERREZ") received shipments containing a total of 6,000 rounds of .223 caliber ammunition, 1,000 rounds of .38 Super caliber ammunition, 1,600 rounds of .308 caliber ammunition, and 5,000 rounds of .45 caliber ammunition at her residence and the residence of a relative in Tucson, Arizona. GUTIERREZ was directed by a defendant or co-conspirator in Mexico to receive these shipments of ammunition. Pursuant to the directions of the defendant or co-conspirator in Mexico, GUTIERREZ provided the shipments of ammunition to other defendants or co-conspirators, with the knowledge and intent that the ammunition would be smuggled from the United States into Mexico.

On or about July 21, 2019, BIANNETH ELVIRA VASQUEZ ROBLES ("VASQUEZ") purchased a Glock model 21 .45 Auto caliber pistol from a licensed firearms dealer in Green Valley, Arizona. VASQUEZ was directed to purchase this firearm by JAVIER JOEN RODRIGUEZ LEON ("RODRIGUEZ"). RODRIGUEZ was acting at the direction of EMMANUEL QUINTERO CASTRO ("QUINTERO"). On or about July 24, 2019, VASQUEZ took possession of the pistol from the firearms dealer, and subsequently provided it to another individual who smuggled it into Mexico. VASQUEZ, RODRIGUEZ, and QUINTERO knew and intended that the pistol would be smuggled into Mexico.

On or about November 12, 2019, a shipment containing 3,000 rounds of 7.62x39mm caliber ammunition was delivered to an apartment in Nogales, Arizona. This ammunition

shipment was ordered and delivered by a defendant and/or co-conspirator using information consistent with that used for ammunition shipments to MAYRA GUADALUPE GUTIERREZ. JAVIER JOEN RODRIGUEZ LEON directed the order and shipment of this ammunition to the apartment. RODRIGUEZ was acting at the direction of EMMANUEL QUINTERO CASTRO. RODRIGUEZ and QUINTERO intended that the ammunition be smuggled into Mexico.

On or about December 17, 2019, a shipment containing 1,000 rounds of 7.62x39mm caliber ammunition and 4,000 rounds of .223 caliber ammunition was delivered to a business in Nogales, Arizona. JAVIER JOEN RODRIGUEZ LEON directed the order and shipment of this ammunition to the business and coordinated the receipt of the ammunition with BIANNETH ELVIRA VASQUEZ ROBLES, who intended to receive it at the business. RODRIGUEZ was acting at the direction of EMMANUEL QUINTERO CASTRO. QUINTERO, RODRIGUEZ, and VASQUEZ knew and intended that the ammunition would be smuggled into Mexico.

On or about January 7, 2020, a co-conspirator smuggled 1,875 rounds of .223 ammunition from the United States into Mexico through Nogales, Arizona. JAVIER JOEN RODRIGUEZ LEON and EMMANUEL QUINTERO CASTRO directed the co-conspirator to smuggle the ammunition into Mexico.

On or about January 11, 2020, JOSE ALFREDO MARILES GARCIA smuggled 3,000 rounds of 7.62x39mm caliber ammunition from the United States into Mexico through Nogales, Arizona. This ammunition had been shipped to FRANCISCO FABIAN ALAMILLO OCHOA ("ALAMILLO") and MARLEN ANDRE HERNANDEZ FLORES ("HERNANDEZ FLORES"), who received the ammunition at their residence and provided it to another defendant or co-conspirator with the knowledge that it would be smuggled into Mexico. The order, shipment, delivery, transfer, transportation, and smuggling of the ammunition was coordinated and directed by JAVIER JOEN RODRIGUEZ LEON and EMMANUEL QUINTERO CASTRO.

Between on or about January 22, 2020, and January 24, 2020 JAVIER JOEN RODRIGUEZ LEON directed BIANNETH ELVIRA VASQUEZ ROBLES to acquire ammunition for the purpose of smuggling the ammunition from the United States into Mexico. On or about January 23, 2020, pursuant to arrangements made by RODRIGUEZ, VASQUEZ took possession of 2,000 rounds of .380 ammunition and 2,000 rounds of 9mm ammunition from ANTHONY VALENCIA ("VALENCIA") in Avondale, Arizona. Additionally, 5,000 rounds of .223 caliber ammunition, 3,000 rounds of .45 caliber ammunition, and 3,000 rounds of 5.56 caliber ammunition were shipped to VALENCIA in Avondale, Arizona. These ammunition shipments were ordered and delivered to VALENCIA by a defendant and/or co-conspirator using the same fictitious names, phone numbers, addresses, and/or and payment information as used for ammunition shipments to MAYRA GUADALUPE GUTIERREZ.

On or about January 24, 2020, pursuant to arrangements made by RODRIGUEZ and JORGE ALEXIS HERNANDEZ MARTINEZ ("HERNANDEZ MARTINEZ"), VASQUEZ took possession of 6,800 rounds of 9mm ammunition from MARLEN ANDRE HERNANDEZ FLORES in Tucson, Arizona. EMMANUEL QUINTERO CASTRO directed a co-conspirator to take possession of the ammunition acquired by VASQUEZ from both ANTHONY VALENCIA and HERNANDEZ FLORES, and smuggle the ammunition into Mexico. An additional 7,000 rounds of 9mm caliber ammunition, 38,000 rounds of 7.62x39mm caliber ammunition, 1,000 rounds of 5.56 caliber ammunition, 2,000 rounds of 5.7x28mm caliber ammunition, 2,000 rounds of .308 caliber ammunition, 1,000 rounds of .380 caliber ammunition, 1,000 rounds of .38 Super caliber ammunition, and 12,000 rounds of .223 caliber ammunition was shipped to HERNANDEZ FLORES and FRANCISCO FABIAN ALAMILLO OCHOA at their residence in Tucson, Arizona. These ammunition shipments to HERNANDEZ FLORES and ALAMILLO were ordered and delivered by a defendant and/or co-conspirator using the same fictitious names, phone numbers, addresses, and/or and payment information as used for ammunition shipments to MAYRA GUADALUPE GUTIERREZ. QUINTERO, HERNANDEZ MARTINEZ,

RODRIGUEZ, VALENCIA, ALAMILLO and HERNANDEZ FLORES knew and intended the ammunition would be smuggled into Mexico.

On or about March 5, 2020, a co-conspirator attempted to unlawfully export 4,000 rounds of 7.62x39mm caliber ammunition into Mexico through Nogales, Arizona. EMMANUEL QUINTERO CASTRO directed the shipment of the ammunition to an apartment in Tucson, Arizona, and directed this co-conspirator to smuggle the ammunition from the United States into Mexico.

On or about March 17, 2020, a co-conspirator took possession of 4,000 rounds of 7.62x39mm caliber ammunition, which was shipped to his apartment in Tucson, Arizona. This is the same apartment to which EMMANUEL QUINTERO CASTRO directed the shipment of the ammunition smuggled on or about March 5, 2020. An additional 7,000 rounds of 7.62x39mm caliber ammunition and 4,000 rounds of .223 caliber ammunition were also shipped to this same apartment.

At the time of the commission of each of these aforementioned overt acts, all of the aforementioned firearms and ammunition qualified as United States Munitions List items, and therefore were prohibited by law for export from the United States into Mexico without a valid license. None of the aforementioned defendants or their co-conspirators had a license or any other lawful authority to export the firearms and ammunition from the United States into Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Between on or about May 2019, and June 2019, in the District of Arizona, Defendant MAYRA GUADALUPE GUTIERREZ knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 6,000 rounds of .223 caliber ammunition, 1,000 rounds of .38 Super caliber ammunition, 1,600 rounds of .308 caliber ammunition, and 5,000 rounds of

.45 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3

On or about July 21, 2019, in the District of Arizona, Defendants BIANNETH ELVIRA VASQUEZ ROBLES and JAVIER JOEN RODRIGUEZ LEON, in connection with the acquisition of a firearm, that is, a Glock model 21 .45 Auto caliber pistol, from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearm to BIANNETH ELVIRA VASQUEZ ROBLES under Chapter 44, Title 18, United States Code, in that BIANNETH ELVIRA VASQUEZ ROBLES stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the firearm on behalf of JAVIER JOEN RODRIGUEZ LEON, and JAVIER JOEN RODRIGUEZ LEON aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 4

Between on or about July 21, 2019 and August 9, 2019, in the District of Arizona, Defendants BIANNETH ELVIRA VASQUEZ ROBLES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Glock model 21 .45 Auto caliber pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title

22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 5

On or about November 12, 2019, in the District of Arizona, Defendants JAVIER JOEN RODRIGUEZ LEON and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 3,000 rounds of 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 6

On or about December 17, 2019, in the District of Arizona, Defendants BIANNETH ELVIRA VASQUEZ ROBLES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1,000 rounds of 7.62x39mm caliber ammunition and 4,000 rounds of .223 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

**COUNT 7**

On or about January 11, 2020, in the District of Arizona, Defendants JOSE ALFREDO MARILES GARCIA, FRANCISCO FABIAN ALAMILLO OCHOA, MARLEN ANDRE HERNANDEZ FLORES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 3,000 rounds of 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

**COUNT 8**

From on or about January 22, 2020, through January 23, 2020, in the District of Arizona, Defendants ANTHONY VALENCIA, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 2,000 rounds of .380 ammunition and 2,000 rounds of 9mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

**COUNT 9**

From on or about January 22, 2020, through January 24, 2020, in the District of Arizona, Defendants MARLEN ANDRE HERNANDEZ FLORES, JAVIER JOEN

RODRIGUEZ LEON, JORGE ALEXIS HERNANDEZ MARTINEZ, and EMMANUEL QUINTERO CASTRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 6,800 rounds of 9mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, Defendants EMMANUEL QUINTERO CASTRO, JORGE ALEXIS HERNANDEZ MARTINEZ, JAVIER JOEN RODRIGUEZ LEON, FRANCISCO FABIAN ALAMILLO OCHOA, MARLEN ANDRE HERNANDEZ FLORES, BIANNETH ELVIRA VASQUEZ ROBLES, ANTHONY VALENCIA, MAYRA GUADALUPE GUTIERREZ, and JOSE ALFREDO MARILES GARCIA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a. One Glock 21 .45 Auto caliber pistol;
    b. 57,000 rounds of 7.62x39mm caliber ammunition;
    c. 32,875 rounds of .223 caliber ammunition;
    d. 3,000 rounds of .380 caliber ammunition;
    e. 3,600 rounds of .308 caliber ammunition;
    f. 15,800 rounds of 9mm caliber ammunition;
    g. 4,000 rounds of 5.56 caliber ammunition;
    h. 2,000 rounds of 5.7x28mm caliber ammunition;

 

      i. 2,000 rounds of .38 Super caliber ammunition; and

      j. 8,000 rounds of .45 caliber ammunition.

Upon conviction of Count Two of the Indictment, Defendant MAYRA GUADALUPE GUTIERREZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: 6,000 rounds of .223 caliber ammunition, 1,000 rounds of .38 Super caliber ammunition, 1,600 rounds of .308 caliber ammunition, and 5,000 rounds of .45 caliber ammunition.

Upon conviction of Count Three of the Indictment, Defendants BIANNETH ELVIRA VASQUEZ ROBLES and JAVIER JOEN RODRIGUEZ LEON shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock model 21 .45 Auto caliber pistol.

Upon conviction of Count Four of the Indictment, Defendants BIANNETH ELVIRA VASQUEZ ROBLES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock model 21 .45 Auto caliber pistol.

Upon conviction of Count Five of the Indictment, Defendants JAVIER JOEN RODRIGUEZ LEON and EMMANUEL QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to 3,000 rounds of 7.62x39mm caliber ammunition.

Upon conviction of Count Six of the Indictment, Defendants BIANNETH ELVIRA VASQUEZ ROBLES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL

QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to 1,000 rounds of 7.62x39mm caliber ammunition and 4,000 rounds of .223 caliber ammunition.

Upon conviction of Count Seven of the Indictment, Defendants JOSE ALFREDO MARILES GARCIA, FRANCISCO FABIAN ALAMILLO OCHOA, MARLEN ANDRE HERNANDEZ FLORES, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to 3,000 rounds of 7.62x39mm caliber ammunition.

Upon conviction of Count Eight of the Indictment, Defendants ANTHONY VALENCIA, JAVIER JOEN RODRIGUEZ LEON, and EMMANUEL QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: 2,000 rounds of .380 ammunition and 2,000 rounds of 9mm ammunition.

Upon conviction of Count Nine of the Indictment, Defendants MARLEN ANDRE HERNANDEZ FLORES, JAVIER JOEN RODRIGUEZ LEON, JORGE ALEXIS HERNANDEZ MARTINEZ, and EMMANUEL QUINTERO CASTRO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to 6,800 rounds of 9mm ammunition.

If any of the property described above, as a result of any act or omission of Defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United

States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by Defendants.

All pursuant to Title 18, United States Code, Sections 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

---
FOREPERSON OF THE GRAND JURY
Dated: June 2, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

---
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney